■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PEDRO ALVAREZ-MARTINEZ and ADRIANO HIERRO, Also Known as DIOGENES ACQUINO, Respondents. [601 NYS2d 895] —Order unanimously affirmed and indictment dismissed (see, People v Ryan, 195 AD2d 1053 [decided herewith]). (Appeal from Order of Onondaga County Court, Mulroy, J.—Suppress Evidence.) Present—Callahan, J. P., Balio, Doerr, Boomer and Boehm, JJ.